**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   U.S. Attorney's Office
   PO Box 197
   Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Nancy Cann*        ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Nancy Yarn                   7/26/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:05CV654-F
   2255 m + o

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3768

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540