FILED
FEB 27 2003

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. 03-61-N | |
| | ) [18 USC 922(g)(1)] | |
| ALBERT CARTER | ) | |
| | ) INDICTMENT | |

The Grand Jury charges:

### COUNT 1

On or about the 19th day of February, 2003, in Troy, Alabama, within the Middle District of Alabama,

ALBERT CARTER,

defendant herein, having been found guilty of Attempted Murder, on or about March 11, 1983, in the Circuit Court of Tuscaloosa County, Alabama, in case number CC-82-1206, and having been sentenced on or about May 9, 1983, to a term of twenty-five years under the laws of the State of Alabama, did knowingly possess in and affecting commerce, a firearm, that is, a H&R .22 Caliber Revolver, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

ALBERT CARTER

shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One H&R .22 Caliber Revolver.

C.  If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the court shall pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above.  All in violation of Title 18, United States Code, Sections 922(g) and 924(d).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney

_____
John T. Harmon
Assistant United States Attorney