IN The United States District Court
For the Middle District of Alabama
Northern Divison

RECEIVED
2005 SEP -1 A 9: 46

Albert Carter, Jr.
    v.
United States of America

Civil Action No. 2:05 CV 654-F
WO

Petitioner Respone
To Court order

Come Now, The Petitioner Albert Carter Jr., pro se, and Sumits his Response To the Court order Entered on 26Th day of August 2005 to Notify the Court that the petitioner Never Receive the United States Response to (doc.7) and will be unable to respond to the same, therefore Petitioner Submit his response asking that the United be ordered to Forward Me a Copy of the response Filed (Doc.7) in response to petitioner's Claims raised in His 28 U.S.C. 2255 Motion pursuant to rule 8(a).

Done this 30th day of august, 2005.

                                    *Albert Carter*
                                     Pro se

Certificate of Service.

I certify that on the 30th of August 2005, the foregoing document was served on the listed Counsel, properly addressed and pre-paid, by United States Mail, First Class.

J.B. Perrine

United States Attorney

One Court Square, Suite 201

Montgomery, Alabama 36104