AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

ALBERT CARTER

## WARRANT FOR ARREST

CASE NUMBER: M 0 3 - 12 - N

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALBERT CARTER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of a firearm, that is a .22 caliber revolver, in and affecting commerce after having been convicted of Solicitation - Murder, for which he was sentenced to a term of imprisonment for more than one year under the laws of the State of Alabama.

in violation of Title _____ 18 _____ United States Code, Section(s) 922(g)(1) _____

Charles S. Coody
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

02-20-2003     Montgomery, Alabama
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.     defense Exhibit 1