In The United States Court for the Middle District of Alabama

Montgomery, Alabama

RECEIVED

2006 JUL 18 A 9:37

Robert Carter, Jr., In Sui
                    Petitioner

    -vs-

United States of America
        Respondant

Case No. 2:05 CV 654

### Motion for Recusal

Come now, the defendant Robert Carter, Jr., pro se and respectfully move this Honorable Court in his Motion for Recusal of /S/ Charles S. Coody Chief United States magistrate Judge according to Ala. Fed. R.C.P. and rule 43(C)(2) of federal rule of appellate procedure, 9CTS U.S.C.A. App. 2 1-15 CS USCA App. 1-15T 160 ALR Fed 433.

Constitution and application of U.S.C.A. 455 (a) providing for disqualification of Justices, Judge, magistrate, in any proceeding in which his impartility might be question.

At the onset the defendant was unconstitutionally arrested on a basis Complaint filed 2/28/2003 signed by Charles S. Coody, felon in possession of a firearm after being convicted of Sedutation - carnal in 1983, in violation of 18 USC 922 (g)(1) that is without merits." the Court Lack subject matter or jurisdiction to hear the case? because of "prosecutor - mis-con-duct" was without the authority to Change the Crimes, See defense Exhibit 1.

The Civil case was dimiss by your honor is the object of this 2254 motion

It is critical to the Issue for Charles wesley Chief magistrate judge recusal is understanding that this is not a run-of-the mill ual dispute about and administrative decision.... Because your own Conduct is the Central of this Case.

The decision whether a judge's impartiality can "reasonably be question" is to be made in light of facts as they existed. un not as they were sum-ised or reported. See Microsoft Corp. V. United States, 530 U.S. 1301, 1302, 147 L Ed 2d 1048, 121 S Ct (2000) (Rehanquist, C.J) (opinion respecting recusal)

wherefore the defendant respectfully request that this Court grant his motion for recusal for reason stated above the defendant pray.

Albert Pritchett, jr pro se

618-217

1000 St Clair Rd

Springville, Alabama

35146

Done this the 17th day of July 2006

## Certification of Service

I hereby Certify that I have this __11th__ day of July 2006 Served a Copy of the foraoing, upon the following; by placing Copy of the same in the united States mail postage prepaid and properly addressed:

J. R. Perrie

P.O. BOX 197

Montgomery, Alabama
            36101

Albert Center dr. 107266

GIB-217

100C St Clair Rd

Springville, Alabama
            35146

Done this the 17th day of July 2006