In The United States District Court
For The Middle District of Alabama

Albert Carter, Jr.

v.   Civil Action No. 2:05 CV 654 MEF

United States of America

RECEIVED 2007 AUG 15 A 9:25
A. P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion for Extension of Time

Come now, Albert Carter, Jr. pursuant to the provisions of Rule 31, the appellant respectfully requests that an extension of (14) additional days be allowed for the filing its objection to the recommendation of the magistrate judge, that will allow for filing for discovery because there have raise disputed issues of facts, finding that the firearm stolen, the transcript will assist this Court, and appeals Court to proper rule on this issue.

I want have have sufficient time in which to prepare my objections to the recommendation of the magistrate judge.

I am, this date, mailing a copy of this request for an extension of time to the appellee.

Very Truly your

Albert Carter

In The United States District Court
for The Middle District of Alabama

Albert Carter, Jr.           )
                             )
    v.                       )    Civil Action No. 2:05 CV 654-MEF
                             )
United States Of America     )    Criminal Case No. CC-03-493

## Motion for Discovery

Come Now the defendant, Albert Carter. Jr. in the abovestyled cause and move this Honorable Court, pursuant to due process clause of the Fifth and Fourteenth Amendment of the Constitution of the United States, and the Constitution of the state of Alabama, to order the Pike County Circuit Court to produce and make avaible to the District Court the trial transcipt to exmine disputed issues of facts, the perjury, obstruction of justice.

The defendant states that the requested transcipt is material that will aid this Court and appeals Court to make a fair and just ruling on the merits of this case.

Wherefore, the defendant pray that this Honorable Court grant this motion for a transcipt.

Respedfully Submitted
Albert Carter, Jr. pro se
J-20-A-1
1000 St Clair Rd
Springville, Alabama
35146

Received 2007 AUG 15 A 9:25, DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA

Certificate of Service

I hereby Certify that a Copy of the above and foregoing pleading has been served on the following, by placing the the same in the U.S. mail, first-Class postage prepaid, this the 10RD day of August 2007

Albert L. ...
Prose Defendant

U.S. Attorney Office
P.O. Box 197
Montgomery, Ala
36101

Albert Rutter, Jr. 107266
0-20-A-2
1000 St Clair Rd
Springville, Alabama
35146

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101

**FOR LEGAL PURPOSES ONLY**