IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv654-MEF |
| | ) | (WO) |
| ALBERT CARTER, JR. | ) | |

**ORDER ON MOTION**

On August 15, 2007 (Doc. No. 15), the movant, Albert Carter, Jr., filed a pleading that contained (1) a *Motion for Extension of Time* and (2) a *Motion for Discovery*. Upon consideration of this pleading, and for good cause, it is ORDERED that:

1. The *Motion for Extension of Time* be and is hereby GRANTED.

2. Carter be and is hereby GRANTED an extension from August 20, 2007, to and including September 4, 2007, to file his objections to the Recommendation entered on August 6, 2007.

3. Carter's *Motion for Discovery* be and is hereby DENIED.

Done this 16th day of August, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE