IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-654-MEF-CSC |
| | ) |
| | ) |
| ALBERT CARTER, JR. | ) |

## **ORDER**

This cause is before the Court on the Motion for Recusal (Doc. # 13) filed by Defendant Albert Carter, Jr. on July 16, 2007. The Court has carefully considered the stated grounds for the motion and the applicable law. The Motion for Recusal (Doc. # 13) lacks merit. Accordingly, it is hereby ORDERED that the motion is DENIED.

DONE this the 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE