In The United States District Court
for The Middle District of Alabama
Northern Division

Albert Carter, Jr.
  v.
United States of America

Case No. 2:05cv654-MEF-CSC

RECEIVED
2007 AUG 29  A 10:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05cv654-MEF

## Motion of Notice of Appeal

Come Now Albert Carter, Jr. pro se in filing Notice of Appeal with the Clerk for the Middle District Court, Montgomery, Alabama, for the denied of Motion for Recusal of District Judge Mark Fuller (Doc. #13) for good cause, the facts are undisputed this matter require a hearing.

Done This the 27th day of August, 2007

Albert Carter, Jr.
Defendant pro se

# CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of August, 2007 served a copy of the foregoing, upon the following, by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

James B. Perrine
P.O. Box 197
Montgomery, Ala
36101

Respectfully Submitted,

Albert Carter Jr
1000 St Clair Rd
Springville, Ala
35146

