**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

**August 29, 2007**

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO <u>CV-05-F-654-N</u>

USCA NO_____

USA VS. ALBERT CARTER, JR.

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

__X__ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [  ]

__X__ First Notice of Appeal:__Yes,___ No    Date(s) of Other Notice_____

Was there a hearing from which a transcript could be made:

__Yes, The Court Reporter(s) is/are

__X__ No                                Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

___IFP__; and/or APPEALABILITY/CPC is pending in this Court.

Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:

__X__ The Appellate docket fee has been paid;__Yes,_X__No:___Date, Receipt#_____

___Appellant has been ___GRANTED;____

___DENIED IFP, Copy of Order enclosed.

___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ___ Supersedeas Bond

__X__ The District Judge or Magistrate Judge appealed from is Hon: <u>MARK E. FULLER</u>

___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY a_____

___ Certified record on appeal consisting of:

       ___Volume(s) of Pleadings,___ Volume(s) of Transcripts,

       ___ SEALED ITEMS, ie. ___ PSI(s)_____; OTHER_____; TAPE(s)_____

       ___ Exhibits:

       ___Volume (s) of Original Papers

---

cc:                                Sincerely,

        DEBRA P. HACKETT, CLERK

        By: Yolanda Williams
        Deputy Clerk