IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Civil Action No. 2:05cv654-MEF |
| | ) |
| ALBERT CARTER, JR. | ) |

## **ORDER**

On August 6, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the motion to vacate pursuant to 28 U.S.C. § 2255 be and is hereby DENIED.

Done this the 12th day of September 2007.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE