IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-0654-MEF |
| | ) |
| ALBERT CARTER, JR. | ) |

## **O R D E R**

It is hereby ORDERED that this Court's order dated September 12, 2007 (Doc. #21) adopting the Report and Recommendation of the Magistrate Judge is VACATED.

DONE this 24th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE