IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-0654-MEF |
| | ) | |
| ALBERT CARTER, JR. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The defendant's untimely filed objection (Doc. #22) to the Recommendation of the Magistrate Judge filed on September 17, 2007 is OVERRULED;[1]

2. The Recommendation of the Magistrate Judge (Doc. #14) filed on August 6, 2007 is ADOPTED;

3. The motion to vacate pursuant to 28 U.S.C. § 2255 is DENIED.

DONE this 24th day of September, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While the objection was not timely made and could be overruled on that ground alone, the Court has considered the arguments raised in the objection and finds them to be without merit.