In The United States District Court for The Middle District of Alabama Northern District

Albert Carter, Jr. 107266

v.

United States of America

RECEIVED
2007 SEP 24 A 11: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:05 CV 654 M F

## Notice of Appeal

Come Now Albert Carter, Jr. pursuant Fed. R. App. P. 3 (C) and give notice of Appeal for the judgment of the District Court the 12th day of September 2007.

Albert Carter Jr
1000 St Clair Rd
Springville, Ala 35146

Certification of Service

I hereby Certify that on this 20th day of September 2007, I served a copy of the foregoing on the U.S. Attorney, by placing the same in the United States mail, First Class, postage prepaid and address as follows.

James B. Perrine
U.S. Attorney Office
P.O. Box 197
Montgomery, Ala 36101


Albert Carter Jr
1000 St Clair Road
Springville, Ala 35146



Albert Carter, Jr. 162266
C-20-A-2
100 St Clair Rd
Springville, Alabama
35146

This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

FOR LEGAL PURPOSES ONLY

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101