UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

September 25, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-05-F-654-N

USCA No._____

IN RE: USA VS. ALBERT CARTER, JR

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes,__ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are:
_X_ No          Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
_X_ IFP _X_; and/or APPEALABILITY/CPC is pending in this Court.
__Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid _Yes, _X_ No:____Date , Receipt#_____
__Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
          __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
          ___ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
          ___ Exhibits:____Envelope
          __Volume (s) of Original Papers

cc:                               Sincerely,

                                  DEBRA P. HACKETT, CLERK

                                  By: Yolanda Williams
                                      Deputy Clerk

APPEAL, CLOSED, INMATE, WILLOUGHBY

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00654-MEF-CSC
### Internal Use Only

United States of America v. Carter (INMATE3)
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody
Case in other court: 07-14037-A
          USDC Middle District Northern
          Division, 2:03cr61-F
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/15/2005
Date Terminated: 09/24/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States of America**     represented by **James B. Perrine**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: jb.perrine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent B. Brunson**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: Kent.Brunson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Albert Carter, Jr.**     represented by **Albert Carter, Jr.**
AIS #107266
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2005 | | (Court only) ***Staff Attorneys added as Interested Party. Assignment of Staff Attorney Willoughby, ***Set Inmate and Staff Attorney Flags (cs) (Entered: 07/18/2005) |
| 07/15/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Albert Carter, Jr.(sl, ) Additional attachment(s) added on 1/11/2006 (sl, ). (Entered: 07/20/2005) |
| 07/15/2005 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Albert Carter, Jr. (sl, ) (Entered: 07/20/2005) |
| 07/25/2005 | 3 | ORDERED that the application to proceed without prepayment of fees is denied as moot. Signed by Judge Charles S. Coody on 7/26/05. (sl, ) (Entered: 07/25/2005) |
| 07/25/2005 | 4 | ORDER directing the United States Attorney to file a resposne to Carter's 1 Motion to Vacate/Set Aside/Correct Sentence (2255) within thirty (30) days from the date of this order as further set out in order. The Clerk is directed to provide a copy of the instant 2255 motion to attorney Joseph P. Van Heest. Ordered that withint twenty (20) days from the date of this order, Mr. Van Heest shall file with this court an affidavit that addresses the claims of ineffective assistance of counsel presented against him the 2255 motion. Signed by Judge Charles S. Coody on 7/25/05. (sl, ) (Entered: 07/25/2005) |
| 07/25/2005 | | (Court only) ***Party Joseph P. Van Heest added as Interested Party. (sl, ) (Entered: 08/11/2005) |
| 07/27/2005 | 5 | Return Receipt Card showing service of 2255 Motion and Order signed by Nancy Yarn for U. S. Attorney on 7/26/05; answer due 8/26/05 (sl, ) (Entered: 07/29/2005) |
| 08/10/2005 | 6 | AFFIDAVIT of Joseph P. Van Heest pursuant to 4 Order. (sl, ) (Entered: 08/11/2005) |
| 08/24/2005 | 7 | REPLY BRIEF re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by United States of America. (Attachments: # 1 Exhibit Indictment# 2 Exhibit PleaAgmt# 3 Exhibit PleaTranscript# 4 Exhibit SentencingTranscript# 5 Exhibit AppDecision# 6 Exhibit AttyAffidavit# 7 Exhibit Arr.Transcript)(Perrine, James) (Entered: 08/24/2005) |
| 08/24/2005 | | ***Attorney James B. Perrine for United States of America added. (sl, ) (Entered: 08/25/2005) |
| 08/25/2005 | 8 | ORDERED that on or before 9/13/05, Carter may file a reply to the 7 Response filed by the government as further set out in order. Signed by Judge Charles S. Coody on 8/25/05. (sl, ) (Entered: 08/25/2005) |
| 09/01/2005 | 9 | Response to 8 Order by Albert Carter, Jr. (sl, ) (Entered: 09/02/2005) |

| 09/12/2005 | 10 | REPLY to 7 Response by Albert Carter, Jr. (pursuant to 8 Order). (Attachments: # 1 Exhibit 1-Warrant for Arrest)(sl, ) (Entered: 09/13/2005) |
|---|---|---|
| 07/18/2006 | 11 | MOTION for Recusal by Albert Carter, Jr. (sl, ) (Entered: 07/18/2006) |
| 07/19/2006 | 12 | ORDER denying 11 Motion for Recusal . Signed by Judge Charles S. Coody on 7/19/06. (sl, ) (Entered: 07/19/2006) |
| 07/16/2007 | 13 | MOTION for Recusal by Albert Carter, Jr. (wcl, ) (Entered: 07/16/2007) |
| 08/06/2007 | 14 | REPORT AND RECOMMENDATIONS of the Magistrate Judge that the 28 USC 2255 motion filed by Carter be denied, as the claims therein entitle him to no relief; Objections to R&R due by 8/20/2007. Signed by Judge Charles S. Coody on 8/6/2007. (wcl, ) (Entered: 08/06/2007) |
| 08/15/2007 | 15 | MOTION for Extension of Time, MOTION for Discovery by Albert Carter, Jr. (wcl, ) (Entered: 08/15/2007) |
| 08/16/2007 | 16 | ORDERED that: 1) The 15 MOTION for Extension of Time be and is hereby GRANTED; 2) Carter be and is hereby GRANTED an extension from 8/20/2007, to and including 9/4/2007, to file his objections to the Recommendation entered on 8/6/2007; Objections to R&R due by 9/4/2007; 3) Carter's 15 MOTION for Discovery be and is hereby DENIED. Signed by Judge Charles S. Coody on 8/16/2007. (wcl, ) (Entered: 08/16/2007) |
| 08/17/2007 | 17 | ORDER denying 13 Motion for Recusal. Signed by Judge Mark E. Fuller on 8/17/2007. (wcl, ) (Entered: 08/17/2007) |
| 08/29/2007 | 18 | NOTICE OF INTERLOCUTORY APPEAL by Albert Carter, Jr to the United States Court of Appeals for the Eleventh Circuit from the 17 Order on Motion for Recusal entered on 08/17/2007. Copies mailed (ydw, ) (Entered: 08/29/2007) |
| 08/29/2007 | 19 | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order to US Court of Appeals re 18 Notice of Interlocutory Appeal (ydw, ) Additional attachment(s) added on 8/29/2007 (ydw, ). (Entered: 08/29/2007) |
| 09/04/2007 |  | No objections filed to recommendation. (NO PDF ATTACHED) (wcl, ) (Entered: 09/04/2007) |
| 09/04/2007 | 20 | USCA Case Number 07-14037-A for 18 Notice of Interlocutory Appeal filed by Albert Carter, Jr. (dmn) (Entered: 09/10/2007) |
| 09/12/2007 | 21 | (VACATED PURSUANT TO 23 ORDER) ORDERED that the 14 Report and Recommendation be and is hereby ADOPTED and the 1 Motion to Vacate, Set Aside or Correct Sentence (2255) be and is hereby DENIED. Signed by Judge Mark E. Fuller on 9/12/2007. (Attachments: # 1 civil appeals checklist)(wcl, ) Modified on 9/24/2007 (wcl, ). (Entered: 09/12/2007) |

| 09/17/2007 | 22 | OBJECTION to 14 Report and Recommendations of the Magistrate Judge by Albert Carter, Jr. (wcl, ) (Entered: 09/17/2007) |
|---|---|---|
| 09/24/2007 | 23 | ORDER directing that this Court's 21 Order dated 9/12/2007 adopting the Report and Recommendation of the Magistrate Judge is VACATED. Signed by Judge Mark E. Fuller on 9/24/2007. (wcl, ) (Entered: 09/24/2007) |
| 09/24/2007 |  | (Court only) ***Reopen Document 14 REPORT AND RECOMMENDATIONS re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Albert Carter, Jr pursuant to 23 Order. (NO PDF ATTACHED) (wcl, ) (Entered: 09/24/2007) |
| 09/24/2007 | 24 | ORDER, JUDGMENT and DECREE of the Court that: 1) The dft's untimely filed 22 Objection to the Recommendation of the Magistrate Judge filed on 9/17/2007 is OVERRULED; 2) The 14 Report and Recommendation of the Magistrate Judge filed on 8/6/2007 is ADOPTED; 3) The 1 Motion to Vacate pursuant to 28 USC 2255 is DENIED. Signed by Judge Mark E. Fuller on 9/24/2007. (Attachments: # 1 civil appeals checklist)(wcl, ) (Entered: 09/24/2007) |
| 09/24/2007 | 25 | NOTICE OF APPEAL construed as containing M/IFP and M/COA by Albert Carter, Jr, from the 21 Order denying Motion to Vacate/Set Aside/Correct Sentence (2255), entered on 9/12/07. Copies mailed(ydw, ) (Entered: 09/25/2007) |
| 09/24/2007 |  | Notice of Appeal 25 construed as containing MOTION for Leave to Appeal in forma pauperis, MOTION for Certificate of Appealability by Albert Carter, Jr. (ydw, ) (Entered: 09/25/2007) |
| 09/25/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 25 Notice of Appeal (ydw, ) (Entered: 09/25/2007) |