IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2007 OCT -9 A 10: 05
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 03 2007
THOMAS K. KAHN
CLERK

No. 07-14037-A

ALBERT CARTER, JR.,

                              Petitioner-Appellant,

versus

UNITED STATES OF AMERICA

                              Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before BIRCH, BLACK, and MARCUS, Circuit Judges

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court has not entered an order that is final or immediately appealable. See 28 U.S.C. § 1291; Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983); Steering Comm. v. Mead Corp. (In re Corrugated Container Antitrust Litig.), 614 F.2d 958, 960-61 (5th Cir. 1980).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

by [signature]
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 03, 2007

RECEIVED
2007 OCT -9 A 10: 05
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14037-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-2-MEF-CSC
SECONDARY CASE NO: 03-00061-CR-2-MEF

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (3-2005)

RECEIVED

2007 OCT -9 A 10: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 03, 2007

**Appeal Number: 07-14037-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-2-MEF-CSC

TO:   Debra P. Hackett

CC:   Albert Carter, Jr. (AIS 107266)

CC:   James B. Perrine

CC:   Kent B. Brunson

CC:   Administrative File

CC:   Administrative File