# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
2007 OCT -9 P 3: 47
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 01, 2007

Albert Carter, Jr. (AIS 107266)
St. Clair CF
1000 SAINT CLAIR RD
SPRINGVILLE AL 35146-5582

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-F-N-2
SECONDARY CASE NO: 03-00061-CR-2

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

We have received copies of the orders of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2. A motion for a certificate of appealability should be filed in this court within the same time period. The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens / spt (404) 335-6180

Encl.

HAB-4 (07-2007)

RECEIVED
2007 OCT -9 P 3:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 01, 2007

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-F-N-2

TO:   Albert Carter, Jr. (AIS 107266)

CC:   Debra P. Hackett

CC:   James B. Perrine

CC:   Kent B. Brunson

CC:   Leura Garrett Canary

CC:   Administrative File