In The United States District Court for The Middle District of Alabama, Northern District

2007 OCT 18 A 10:24

Albert Carter, Jr #12766

v.

Civil Action No. 2:05 CV 654 M F

United States of America

## Notice of Appeal

Come Now Albert Carter, Jr pursuant to Fed R. App. P. 3(C) and give notice of Appeal of the motion to vacate pursuant to 28 U.S.C. 2255 Denied by Mark E Fuller the 24th day of September, 2007 Chief United States District Judge for the Middle District Court of Alabama.

Albert Carter, Jr
1000 St Clair Rd
Springville, Alabama 35146



Albert Carter, Jr. No 266
J-20-A-3
1000 St. Clair Rd
Springville, Alabama 35146

FOR LEGAL PURPOSES

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101

neopost
10/17/2007
$0.41
US POSTAGE