# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED

October 09, 2007

2007 OCT 12 A 9: 23

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-F-N-2
SECONDARY CASE NO: 03-00061-CR-2

Please forward the original papers filed in your court together with any documentary exhibits and an updated copy of your docket entries for use by this court in ruling on a motion filed by the appellant. This material will be returned when the motion has been determined.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

CLK-1 (03-2004)

RECEIVED

2007 OCT 12 A 9: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 09, 2007

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-F-N-2

TO:   Debra P. Hackett

CC:   Administrative File