IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALBERT CARTER, JR.          )
                            )
                            )
                            )
VS.                         )          CASE NO: 205-CV-0654-MEF
                            )
                            )
UNITED STATES OF AMERICA    )

## NOTICE OF APPEAL

This cause is now before the Court, Notice of Appeal (DOC # 3112) filed on October 18, 2007.

The District Court ruling based on erroneous interpretation of law or clearly erroneous reading of evidence is abuse of discretion.

Rule 11, or for frivolous or malicious action, for abuse of discretion, 28 U.S.C.A. 1915 (d), Fed Rules of Civ. proc. Rule 11 (d), 28 U.S.C.A.

Watson V. Ault, 525 F. 2d at 892, and may " ascertain whether there is a factual basis for the petitioner's suit. " Id. at 891 (Citing Jone V. Bales), Cf. Wright V. Newsome, 795 f. 2d 964, 967 (11Cir. 1986) (error to dismiss complaint on Rule 12 (b)(6) ground before service). Williams V. Rhoden, 629 f.2d 1099, 1101 (5th Cir. 1980). This Civil right complaint adequately stated claim against court appointed attorney supported by record. Prosecutor mis-con-duct in that the prosecutor alter the charge, the warrant was illegally executed, felon possession of a firearm after being convicted of Solicitation of Murder

-1-

See Exhibit I Nathanson V. United States, 290 U.S. head note 1241, 78 L.ed 159, S.Ct 11 that an affidavit does not establish probable cause which merely states the affiant belief there is cause to arrest. The judge should know the evidence on which the police propose to act, that the requirement. However, from a review of the sworn affidavit accompanying to complaint and the allegation in the indictment, the warrant was illegally executed, Nathanson V. United States, 290 U.S. head note 1241, 78 L. Ed 159, S. Ct. 11.

The standard for reviewing flaws in an indictment should not be confused with the standard for reviewing flaws in the grand jury proceeding which led to the indictment, U.S.DU BU 186 f. 3d 1177 (9th Cir. 1999); on the basis of facts presented to the grand jury by the prosecutor only... United States V. Du Bu 186ff. 3d (9th Cir. 1999). The court was without subjected matter or jurisdiction to except my guilty plea.

The appellant have been deprived of his substantive an procedural right by the district court to which the law entitles him.

                                                                         Albert Carter  Pro-Se

on this 13th day November 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this \_\_13\_\_ day of \_\_November\_\_, 20\_07\_ served a copy of the foregoing, upon the following, by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

James B. Perrine
P.O. Box 197
Montgomery, Ala
36101

_____

_____

_____

Respectfully Submitted,

Albert Carter Jr
1000 St Clair Rd
Springville, Ala
35146

Albert Jriver 107066
C-20-T
1000 St Clair Rd
Springville, Alabama
　　　　35146



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
　　　　36101

FOR LEGAL PURPOSES ONLY