

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 26, 2007

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number: 05-00654 CV-F-N-2

TO:  Debra P. Hackett

CC:  Albert Carter, Jr. (AIS 107266)

CC:  James B. Perrine

CC:  Kent B. Brunson

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 26, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-14523-A**
Case Style: Albert Carter, Jr. v. USA
District Court Number:  05-00654 CV-F-N-2
SECONDARY CASE NO: 03-00061-CR-2

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  One volume pleadings and One sealed PSI.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens/ABM (404) 335-6180

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-14523-A

ALBERT CARTER, JR.,

                              Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

                              Respondent-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Appellant's motion for leave to proceed <u>in forma pauperis</u> is DENIED AS MOOT.

/s/ Ed Carnes
UNITED STATES CIRCUIT JUDGE